**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE CRUZ MALDONADO; et al., | No. 08-74095 |
| Petitioners, | Agency Nos. A099-456-718 |
| v. | A099-456-719 |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010 [**]
San Francisco, California

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Jose Cruz Maldonado and Maribel Mendoza-Perez, natives and citizens of

Mexico,  petition pro se for review of the decision of the Board of Immigration

Appeals summarily affirming the immigration judge's denial of their application

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

for cancellation of removal relief based on their failure to establish the requisite hardship to their United States citizen children.

Petitioners contend that the agency erred in denying their cancellation application because their United States citizen children will experience hardship if they were to move to Mexico with their parents.   We lack jurisdiction to review the IJ's discretionary hardship determination.  *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009); *see also Romero-Torres v. Ashcroft*, 327 F.3d 887, 891 (9th Cir. 2003).

**PETITION FOR REVIEW DISMISSED**.